Thomas **TAYLOR** and Taylor–Watson Construction, Inc., Plaintiffs/Respondents,

v.

Lisa **CULVER**, Defendant/Appellant.

No. 70900.

Missouri Court of Appeals,
Eastern District,
Division Five.

June 27, 1997.

James F. Nangle, Jr., Daniel F. Prebish, St. Louis, for Defendant/Appellant.

Peter P. Fiore, Jr., St. Louis, for Plaintiffs/Respondents.

Before AHRENS, C.J., and Crandall, J., and CHARLES B. BLACKMAR, Senior Judge.

## ORDER

PER CURIAM.

Defendant, Lisa Culver, appeals from the judgment of the trial court, entered pursuant to a jury verdict, in favor of plaintiffs Taylor and Taylor–Watson Construction, Inc., for their claim and against Culver on her counterclaim, in an action to compel payments for remodeling work completed. We have reviewed the record and no error of law appears. An opinion would have no precedential value.

The judgment of the trial court is affirmed. Rule 84.16(b).